IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN RE: : CHAPTER 13 PROCEEDINGS

Randall Coleman : CASE NO: 16-61798
Joyce Coleman
: JUDGE RUSS KENDIG

DEBTOR(S) : REPORT OF 341 NOT HELD AND
NOT CONTINUED

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The First Meeting of Creditors for the above named Case was scheduled on the 2ND day of November, 20 16 . However, the meeting did not go forward and the 341 meeting has **not** been continued for the following reason(s):

☐ The Debtor(s) failed to appear at the 341 meeting
☐ The prior year's tax return(s) was not received by the Trustee
☒ Payments have not been made as ordered by the Court
☐ Plans and/or schedules for this Debtor were not filed
☐ Other: _____

THEREFORE, this case will be set for Dismissal.

_____
Attorney signature
Hausen

_____
Chapter 13 Staff

## CERTIFICATE OF SERVICE

I certify that on November 4, 2016, a true and correct copy of the REPORT was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

    JAMES F HAUSEN, on behalf of RANDALL EDWARD and JOYCE JOHNSON COLEMAN, at batesfirmecf@gmail.com

And by regular U.S. Mail, postage prepaid, on:

    RANDALL EDWARD and JOYCE JOHNSON COLEMAN
    5361 HAWICK ST NW
    CANTON, OH 44708

                                    /s/ Toby L. Rosen
                                    Toby L. Rosen, Chapter 13 Trustee
                                    400 West Tuscarawas Street, 4th Floor
                                    Canton, Ohio 44702
                                    330-455-2222